1  MCGREGOR W. SCOTT
United States Attorney
2  TIMOTHY H. DELGADO
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:19-MJ-0116-DB

12                         Plaintiff,      ORDER EXTENDING TIME FOR PRELIMINARY
                                           HEARING UNDER RULE 5.1(d) AND
13            v.                           EXCLUSION OF TIME

14  DANIEL ANTONIO IBARRA-BARRERA,         Date:      August 12, 2019
                                           Time:      2:00 p.m.
15                         Defendant.      Judge:     Hon. Edmund F. Brennan

16

17        The Court has read and considered the parties' Stipulation and Extension of Time for Preliminary

18  Hearing under Rule 5.1(d) and Exclusion of Time, filed August 2, 2019.  The Court finds that the

19  Stipulation, which the Court incorporates by reference into this Order, establishes good cause for an

20  extension of time for the preliminary hearing date to August 26, 2019, under Rule 5.1(d) of the Federal

21  Rules of Criminal Procedure.

22        Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

23  of justice served by granting this continuance outweigh the best interests of the public and the defendant

24  in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not

25  adversely affect the public interest in the prompt disposition of criminal cases.

26  / / /

27  / / /

28  / / /

    FINDINGS AND ORDER                              1

THEREFORE, FOR GOOD CAUSE SHOWN:

1.      The date of the preliminary hearing is extended to August 26, 2019, at 2:00 p.m.  The defendant shall appear before United States Magistrate Judge Kendall J. Newman in Courtroom 25 on that date and time.

2.      The time between August 12 and August 26, 2019, shall be excluded from calculation of time under 18 U.S.C. § 3161(h)(7)(A) [Local Code T-4].

SO ORDERED.


Dated:  August 2, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

FINDINGS AND ORDER

2